SIRATSA, LLC F/K/A ASTARIS, LLC,

    Fifth Party Defendant,

SOLUTIA, INC.,

    Fifth Party Defendant.

### ORDER OF DISMISSAL WITHOUT PREJUDICE REGARDING ICL PERFORMANCE PRODUCTS, L.P.'S FIFTH-PARTY COMPLAINT AGAINST FMC CORPORATION, SIRATSA, LLC, AND SOLUTIA, INC.

**NOW** on this _10th_ day of _July_, 2009, the above and foregoing matter comes on for hearing upon the Joint Stipulation of Dismissal Without Prejudice Regarding ICL Performance Products, L.P.'s Fifth-Party Complaint Against FMC Corporation, Siratsa, LLC, and Solutia, Inc. The Court finds ICL Performance Products L.P., FMC Corporation, Siratsa, LLC, and Solutia, LLC have entered into a stipulation of dismissal without prejudice regarding ICL Performance Products, L.P.'s Fifth-Party Complaint.

**ITI S THEREFORE ORDERED, ADJUDGED, AND DECREED** that ICL Performance Products, L.P.'s Fifth-Party Complaint against FMC Corporation, Siratsa, LLC, and Solutia, Inc. is dismissed without prejudice.

**IT IS SO ORDERED.**

                     _[signature]_
                     JUDGE OF THE DISTRICT COURT

                     7-10-09

APPROVED AND SUBMITTED BY:


By /s/ Paul M. Croker
Richmond M. Enochs  MO #36819
rme@wsabe.com
Paul M. Croker  MO #57000
pcroker@wsabe.com
Kevin M. Johnson  MO #51127
kjohnson@wsabe.com
WALLACE, SAUNDERS, AUSTIN, BROWN
& ENOCHS, CHTD.
2300 Main Street, Suite 900
Kansas City, MO  64108
913-888-1000            Fax - 913-888-1065

ATTORNEYS FOR FIFTH PARTY PLAINTIFF
ICL PERFORMANCE PRODUCTS, LP


By /s/ Jessica G. Simbalenko
Hugh Q. Gottschalk
gottschalk@wtotrial.com
Jessica G. Simbalenko
simbalenko@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
1801 California Street, Suite 3600
Denver, CO  80202
(303) 244-1800

Michael B. Hunter
mhunter@wvslaw.com
WILLIAMS VENKER & SANDERS, LLC
Bank of America Tower
100 N. Broadway, 21st Floor
St. Louis, MO  63102
(314) 345-5012

ATTORNEYS FOR FIFTH PARTY DEFENDANTS
FMC CORPORATION, SIRATSA, LLC and SOLUTIA, INC.

wsabeop0 101042505 v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GLAXOSMITHKLINE CONSUMER
HEALTHCARE, L.P. and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

    Plaintiffs,
vs.                                          Case No. 4:07CV2039 HEA

ICL PERFORMANCE PRODUCTS, LP
and BAY VALLEY FOODS, LLC,

    Defendants,

BAY VALLEY FOODS, LLC,

    Third Party Plaintiff,
vs.

BRENNTAG GREAT LAKES, LLC,

    Third Party Defendant.

BRENNTAG GREAT LAKES, LLC,

    Fourth Party Plaintiff,
vs.

ICL PERFORMANCE PRODUCTS, LP,

    Fourth Party Defendant.

ICL PERFORMANCE PRODUCTS, LP,

    Fifth Party Plaintiff,
vs.

FMC CORPORATION,

    Fifth Party Defendant,

wsabeop0 101042505 v.1

EXHIBIT A